```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 02504
    JERRY D HARVEY
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-8842


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/05/08 and confirmed on 07/11/08.

    2.  The case was dismissed after confirmation, 12/19/2008.

    3.  The Debtor paid a total of $     540.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CREDIT ACCEPTANCE          SECURED VEHIC      850.00          34.00         68.05
ASSET ACCEPTANCE CORP      UNSECURED        NOT FILED           .00           .00
BEN GORDON CENTER          UNSECURED        NOT FILED           .00           .00
CERTEGY CHECK SRV          UNSECURED        NOT FILED           .00           .00
THE CHICAGO DEPT OF REVE   UNSECURED        NOT FILED           .00           .00
CITY OF DEKALB             UNSECURED        NOT FILED           .00           .00
COMCAST                    UNSECURED        NOT FILED           .00           .00
CREDITOR PROTECTION ASSO   UNSECURED        NOT FILED           .00           .00
DOROTHY ELIA               UNSECURED        NOT FILED           .00           .00
HURST FUNERAL HOME         UNSECURED        NOT FILED           .00           .00
KANE COUNTY STATES ATTOR   UNSECURED        NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED           .00           .00
PEGGY C WINSTED            UNSECURED        NOT FILED           .00           .00
PELLETTIERI & ASSOC        UNSECURED        NOT FILED           .00           .00
RESOURCE BANK              UNSECURED        NOT FILED           .00           .00
ROCKFORD MERCANTILE AGEN   UNSECURED        NOT FILED           .00           .00
STATE OF ILLINOIS          UNSECURED        NOT FILED           .00           .00
UNIQUE NATIONAL COLLECTI   UNSECURED        NOT FILED           .00           .00
W BOYD HARVEY              UNSECURED        NOT FILED           .00           .00

CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
       Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    850.00          .00          .00         .00         850.00
PRINCIPAL PAID         68.05          .00          .00         .00          68.05
INTEREST PAID          34.00          .00          .00         .00          34.00
TOTAL PAID            102.05          .00          .00         .00         102.05
```

The Debtor's attorney, BRIAN A HART                , was allowed $   3500.00 and was paid $     406.63 .

The Trustee received $      31.32 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/12/09                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE